571 A.2d 295

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ALLAN R. JIMINEZ, DEFENDANT-APPELLANT.

Argued March 13, 1990—Decided April 3, 1990.

*Thomas F. Scully,* First Assistant Deputy Public Defender, argued the cause for appellant (*Thomas S. Smith, Jr.,* Acting Public Defender, attorney; *Thomas F. Scully* and *Donald J. McCauley,* Assistant Deputy Public Defender, of counsel and on the briefs).

*Mark P. Stalford,* Assistant Prosecutor, argued the cause for respondent (*John Kaye,* Monmouth County Prosecutor, attorney).

PER CURIAM.

The judgment 229 *N.J.Super.* 256, 551 *A.*2d 191 is reversed, substantially for the reasons expressed in the opinion of the Appellate Division in *State v. Joseph Clay,* reported at 230 *N.J.Super.* 509, 553 *A.*2d 1356 (1989).

*For reversal*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.

*For affirmance*—None.